### EWEN v. HOEFER et al.

(Supreme Court, Appellate Division, First Department.  February 7, 1913.)

APPEAL AND ERROR (§ 1180*)—EXAMINATION OF DEFENDANT—STAY OF TRIAL.
  Where an order denying a motion to examine defendant before trial is reversed, an order denying a stay of proceedings until the examination is taken will also be reversed.
  [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4626–4631, 4658, 4659; Dec. Dig. § 1180.*]

Appeal from Special Term, New York County.

Action by John Ewen, as trustee in bankruptcy of Herman W. Hoefer, against Elizabeth M. F. Hoefer and others. From an order denying plaintiff's motion for a stay until a defendant could be examined before trial, plaintiff appeals. Reversed, and motion granted.

See, also, 138 N. Y. Supp. 1115; 139 N. Y. Supp. 1054.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Bennet & Cooley, of New York City (Elmer E. Cooley, of New York City, of counsel), for appellant.

Abraham M. Pariser, of New York City, for respondents.

PER CURIAM. This court having reversed the order vacating an order for the examination before trial, this order denying a stay of proceedings until the taking of said examination should be reversed, with $10 costs and disbursements to the appellant and the motion granted, with $10 costs.